1

2

3

4

5

6             UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                     AT SEATTLE

8   UNITED STATES OF AMERICA,              )
                                           )
9                            Plaintiff,    )    Case No. CR09-293-RSL
                                           )
10             v.                          )    **DETENTION ORDER**
                                           )
11  DEREKYE M. BOLAR,                      )
                                           )
12  _____ Defendant. )

13  Offenses charged:

14      Pharmacy Robbery.
        Brandishing a Firearm in Furtherance of a Crime of Violence.
15      Felon in Possession of a Firearm.

16  Date of Detention Hearing:  December 3, 2009.

17      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which the defendant can meet will reasonably

20  assure the appearance of the defendant as required and the safety of any other person and the

21  community.

22          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

23      Defendant has a long criminal history including convictions for serious felony offenses.  He

DETENTION ORDER - 1

currently has outstanding state warrants for his arrest. Defendant also stipulated to detention.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 3rd day of December, 2009.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2